**STATE of Missouri, Respondent,**

v.

**John Michael CLARK, Appellant.**

**John Michael CLARK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 48584, WD 51130.**

Missouri Court of Appeals,
Western District.

April 23, 1996.

Rebecca L. Kurz, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General and Christine M. Blegen, Assistant Attorney General, Jefferson City, for respondent.

Before ULRICH, P.J., and
BRECKENRIDGE and SMITH, JJ.

### ORDER

PER CURIAM:

Consolidated appeal from convictions, following a jury trial, of one count of murder in the second degree, § 565.021, RSMo 1994, and one count of armed criminal action, § 571.015, RSMo 1994, and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).

**Kathy L. HEMPFLING, Respondent,**

v.

**John E. HEMPFLING, Appellant.**

**No. WD 51202.**

Missouri Court of Appeals,
Western District.

April 23, 1996.

Edward Rucker, Kansas City, for appellant.

John Allinder, Independence, for respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and SMITH, JJ.

### MEMORANDUM DECISION

PER CURIAM.

John E. Hempfling appeals the decree of dissolution entered by the circuit court on March 30, 1995. He complains that the circuit court erred by allowing his attorney to withdraw on the day of trial, denying his request for a continuance, and finding that he had the ability to earn $3000 a month and using this amount to calculate child support. We affirm. Discerning no jurisprudential value in publishing a full opinion, we issue this memorandum decision. Rule 84.16(b).